UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

Eastern District of Kentucky
FILED
FEB 01 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| URIKA BERRY, : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION NO.: 5:21-CV-32-GFVT |
| DAVID DUNN, OFFICER : | |
| JEREMIAH ASBERRY, In his Personal : | |
| and Professional Capacity, : | |
| SERGEANT ALLEN CULVER, : | |
| In his Individual and Professional Capacity, : | |
| LEXINGTON POLICE DEPARTMENT, : | |
| CITY OF LEXINGTON, KENTUCKY, : | |
| COMMONWEALTH OF KENTUCKY, : | |
| CHIEF OF POLICE LAWRENCE : | |
| WEATHERS, In his Individual and Official : | |
| Capacity, MAYOR LINDA GORTON In : | |
| Her Individual and Official Capacity, JOHN : | |
| DOE 1-5, JANE DOE 1-5, DOE : | |
| CORPORATION 1-5, Defendant(s) : | |

## MOTION FOR LEAVE TO FILE USING PSEUDONYM

NOW COMES the Plaintiff, Urika Berry, and hereby moves for an Order of the Court to proceed using a pseudonym in this case. The Plaintiff's family has been closely associated with the Lexington Police Department for over 50 years, and any lawsuit by a member of the immediate family of the late Chief Ulysses Berry with the City of Lexington and LFUCG Police Department as defendants would receive much attention that is unwanted by the Plaintiff or other defendants. This lawsuit also contains sensitive personal medical information about the Plaintiff that should be guarded. Further this lawsuit has a high potential to be politicized and would put the Plaintiff

at risk for violence given the unprecedented and unfortunate call to arms by individuals and groups that would condone the race and disablist predicated violence.

THEREFORE, the undersigned respectfully requests that the Court grant an Order for Leave to file using a Pseudonym.

By: _____
Urika Berry
Plantiff
935 Waverly Drive
Lexington, Kentucky 40511